# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

RONALD LEE BANKS,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5494 RBL
              CR07-5346 RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion pursuant to 28 U.S.C. § 2255 is **DENIED.**

Defendant's Motion for Appointment of Counsel is **DENIED.**

The Court declines to issue a Certificate of Appealability because the Defendant has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

*DATED :* 2/9/10

                    BRUCE  RIFKIN
                *Clerk*

                    /s/   Jean Boring
                *(By) Deputy Clerk*, Jean Boring